IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00113-WDM-MJW

JEFF KILDAHL, et al.,

Plaintiffs,

v.

KESSLER & FREEDMAN, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion for Leave to Perfect Service by Certified Mail (docket no. 18) is DENIED.  Plaintiffs have failed to demonstrate good cause to allow service by certified mail.  Plaintiffs shall forthwith serve the Defendant consistent with Fed. R. Civ. P. 4 or show cause why this case should not be dismissed for lack of service and failure to prosecute.  This case remains set for a Rule 16 Scheduling Conference on June 3, 2009, at 8:30 a.m.  This case will also be set for show cause hearing for lack of service on Defendant on June 3, 2009, at 8:30 a.m.

Date: May 1, 2009